598

400 A.2d 625

Smith-Edwards-Dunlap Co. v. Artists U. S. A., Inc., Appellant.

Petition for Allowance of Appeal Denied April 17, 1979.

Argued December 5, 1978. Leonard A. Green, for appellant; Barry N. Sklar, for appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Judgment affirmed.

400 A.2d 625

SNEAR

v.

**Novak et al.**

Appeal of Ritsko, Calbeth Volunteer Fire Co., and Hazle Township.

Petition for Allowance of Appeal Denied May 18, 1979.

Argued December 4, 1978. Correale F. Stevens, for appellants; Robert J. Gillespie, Sr., for appellee, Merritt Snear; No appearance entered nor brief filed for appellees, Bernard Novak and Joseph Novak, Jr.

Before PRICE, SPAETH and WATKINS, JJ.

Judgment affirmed.